IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Christopher Alexander Baxter and
Raishell L. Baxter

CHAPTER 13

CASE NO. 16-13155-AMC

Debtors

\*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**WVUE 2015-I** has filed a **MOTION FOR RELIEF FROM AUTOMATIC STAY** with
the court to permit foreclosure of a lien on real property located at **PROPERTY ADDRESS**.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them
with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney,
you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the
Court to consider your views on the motion, then on or before <u>**October 23, 2016**</u> you or your
attorney must do **all** of the following:

(a) file an answer explaining your position at:
U.S. Bankruptcy Court
Eastern District of Pennsylvania
Bankruptcy Clerk of Courts
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough
so that it will be received on or before the date stated above; and

(b) mail a copy to the Movant's Attorney:
Matthew Gross, Esquire
DWALDMANLAW, P.C.
Attorneys for Movant
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
844-899-4162
844-882-4703 Fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above
and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable **Ashley M.**

**Chan** on **November 8, 2016** at **10:00 AM, Courtroom #5,** United States Bankruptcy Court, Eastern District of Pennsylvania Court, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

    4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.  You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

By:   /s/ Matthew Gross
        Matthew Gross, Esquire
        DWALDMANLAW, P.C.
        Attorneys for Movant
        4900 Carlisle Pike, #182
        Mechanicsburg, PA 17050
        844-899-4162

Date:  October 3, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### ORDER MODIFYING AUTOMATIC STAY

IN RE:  Christopher Alexander Baxter and
Raishell L. Baxter

CHAPTER 13

CASE NO. 16-13155-AMC

              Debtors

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located **7101 North Broad St., Philadelphia, PA 19126** ("Premises") as to allow WVUE 2015-I or its Successor or Assignee to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:**  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:**  the relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

 

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc.    Matthew Gross, Esquire*-
      DWALDMANLAW, P.C.
      Attorneys for Movant
      4900 Carlisle Pike, #182
      Mechanicsburg, PA 17050

      William C. Miller, Esq., Trustee
      1234 Market St.
      Suite 1813
      Philadelphia, PA 19107

Christopher Alexander Baxter and Raishell L. Baxter
6345 Overbrook Ave.
Philadelphia, PA 19151-2627