*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Alexander Baxter
and Raishell L. Baxter
        Debtor(s)

Case No: 16–13155–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

MOTION FOR RELIEF FROM THE STAY ON BEHALF OF WVUE 2015–1
(TIME CHANGE ONLY)

on: 11/8/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/12/16

Timothy B. McGrath
Clerk of Court

36 – 33
Form 167