United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christopher Alexander Baxter  
Raishell L. Baxter  
    Debtors

Case No. 16-13155-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: BarbaraT      Page 1 of 1      Date Rcvd: Oct 12, 2016  
                       Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.  
db/jdb      Christopher Alexander Baxter,    Raishell L. Baxter,    6345 Overbrook Avenue,    Philadelphia, PA   19151-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/PDF: gecsedi@recoverycorp.com Oct 13 2016 02:10:42    Synchrony Bank,    c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,    Miami, FL   33131-1605  
                                                                                                                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WVUE 2015-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         MATTHEW GROSS    on behalf of Creditor    WVUE 2015-1 matt@dwaldmanlaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com  
         ZACHARY PERLICK    on behalf of Debtor Christopher Alexander Baxter Perlick@verizon.net, pireland1@verizon.net  
         ZACHARY PERLICK    on behalf of Joint Debtor Raishell L. Baxter Perlick@verizon.net, pireland1@verizon.net  
                                                                                                                                                      TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Christopher Alexander Baxter
and Raishell L. Baxter
    Debtor(s)

Case No: 16–13155–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

MOTION FOR RELIEF FROM THE STAY ON BEHALF OF
WVUE 2015–1
(TIME CHANGE ONLY)

on: 11/8/16

at: 11:00 AM

in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/12/16

Timothy B. McGrath
Clerk of Court

36 – 33
Form 167