# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-13155-AMC

CHRISTOPHER ALEXANDER BAXTER
RAISHELL L. BAXTER
6345 Overbrook Avenue

Philadelphia, PA 19151-2627

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CHRISTOPHER ALEXANDER BAXTER
    RAISHELL L. BAXTER
    6345 Overbrook Avenue

    Philadelphia, PA 19151-2627

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                                          /S/ William C. Miller

Date: 12/29/2016                              _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee