## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Alexander Baxter and Raishell L. Baxter | CHAPTER 13 |
| Debtors | BKY. NO. 16-13155 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

Re: Loan # Ending In: 9100

Respectfully submitted,

**/s/Thomas Puleo, Esquire**
Thomas Puleo, Esquire
Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406