**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | CHRISTOPHER BAXTER | : CHAPTER 13 |
| | RAISHELL BAXTER | : |
| | | : |
| | DEBTORS | : BANKRUPTCY NO. 16-13155 AMC |

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed a Notice of an Application for Approval of Compensation and an Application for Approval of Compensation and Reimbursement of Expenses on December 16, 2016 and gave notice to the Debtors, the Trustee, and all interested parties and that they had twenty (20) days to file an answer, objection or other responsive pleading; that more than twenty (20) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

BY    /s/ Zachary Perlick
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19102
(215) 569-2922