IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: | |
| CHRISTOPHER ALEXANDER BAXTER | CHAPTER 13 |
| RAISHELL L. BAXTER | |
| **Debtor(s)** | CASE NO. 16-13155 (AMC) |
| | |
| HYUNDAI MOTOR FINANCE, | HEARING DATE: **9-19-17 at 11:00 AM** |
| ADMINISTRATOR FOR | |
| HYUNDAI LEASE TITLING TRUST | |
| **Moving Party** | 11 U.S.C. 362 |
| | |
| v. | |
| CHRISTOPHER ALEXANDER BAXTER | |
| RAISHELL L. BAXTER | |
| **Respondent(s)** | |
| | |
| WILLIAM C. MILLER | |
| **Trustee** | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Motor Finance, Administrator For Hyundai Lease Titling Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2014 Kia Sorento** bearing vehicle identification number 5XYKU4A7XEG517226 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date: **September 19, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE