United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-13155-amc
Christopher Alexander Baxter                                                    Chapter 13
Raishell L. Baxter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 1                  Date Rcvd: Sep 19, 2017
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2017.
db/jdb          Christopher Alexander Baxter,   Raishell L. Baxter,   6345 Overbrook Avenue,
                 Philadelphia, PA 19151-2627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WVUE 2015-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW GROSS    on behalf of Creditor    WVUE 2015-1 matt@dwaldmanlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
               Lease Titling Trust ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY PERLICK    on behalf of Joint Debtor Raishell L. Baxter Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY PERLICK    on behalf of Debtor Christopher Alexander Baxter Perlick@verizon.net,
               pireland1@verizon.net
                                                                                               TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ) | |
| CHRISTOPHER ALEXANDER BAXTER ) | CHAPTER 13 |
| RAISHELL L. BAXTER ) | |
| **Debtor(s)** ) | CASE NO. 16-13155 (AMC) |
| ) | |
| HYUNDAI MOTOR FINANCE, ) | HEARING DATE: **9-19-17 at 11:00 AM** |
| ADMINISTRATOR FOR ) | |
| HYUNDAI LEASE TITLING TRUST ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| ) | |
| v. ) | |
| CHRISTOPHER ALEXANDER BAXTER ) | |
| RAISHELL L. BAXTER ) | |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of Hyundai Motor Finance, Administrator For Hyundai Lease Titling Trust, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's state court rights in the personal property described as a **2014 Kia Sorento** bearing vehicle identification number 5XYKU4A7XEG517226 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further Ordered that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).**

Date:  **September 19, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE