United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-13155-amc
Christopher Alexander Baxter                                              Chapter 13
Raishell L. Baxter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                Page 1 of 2                Date Rcvd: Oct 19, 2017
                              Form ID: 152               Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2017.
db/jdb          Christopher Alexander Baxter,    Raishell L. Baxter,    6345 Overbrook Avenue,
                 Philadelphia, PA  19151-2627
13730836        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13729408       +Ditech Fin. LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13845200       +Ditech Financial LLC,    c/o Thomas Puleo, Esq.,    KML Law Group P.C.,
                 701 Market St., Ste. 5000,    Phila., PA 19106-1541
13722873        Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13985415        ECMC,   po box 16408,    St. Paul, MN 55116-0408
13797965       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
13971443       +Hyundai Motor Finance,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                 110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13722874       +Kia Motors Finance,    PO Box 650805,    Dallas, TX 75265-0805
13722875       +Longvue Mortgage Capital,    895 Dove Street, SUite 125,    Newport Beach, CA 92660-2996
13823111       +PHEAA,   Po Box 8147,    Harrisburg PA 17105-8147
13742710       +University of Pennsylvania,    c/o J. Scott Watson, Esq.,    24 Regency Plaza,
                 Glen Mills, PA 19342-1001
13726416       +WVUE 2015-1,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13762309        WVUE 2015-1,    c/o FCI Lender Services, Inc.,    PO Box 27370,    Anaheim, CA 92809-0112
13802707       +WVUE 2015-I,    c/o S. Matthew Gross, Esq.,    Dwaldmanlaw, PC,    4900 Carlisle Pike, #182,
                 Mechanicsburg, PA 17050-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 20 2017 01:39:45      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2017 01:39:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2017 01:39:32      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13780805        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 20 2017 01:48:07
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13814757        E-mail/Text: bankruptcy@phila.gov Oct 20 2017 01:39:45      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13722872        E-mail/Text: bankruptcy@phila.gov Oct 20 2017 01:39:45      City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13798555        E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2017 01:38:43
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
13748684       +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2017 01:39:14      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
13797994        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 20 2017 01:48:20
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13726690        E-mail/PDF: rmscedi@recoverycorp.com Oct 20 2017 01:42:39
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13796118       +E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 20 2017 01:39:15
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13722876        E-mail/Text: bankruptcynotice@westlakefinancial.com Oct 20 2017 01:39:15
                 Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                               TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13739098*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: City of Philadelphia,      Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13739099*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court: City of Philadelphia,      Law Department, Enforecment Div.,
                 1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13739100*       Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13739101*      +Kia Motors Finance,    PO Box 650805,    Dallas, TX 75265-0805
13739102*      +Longvue Mortgage Capital,    895 Dove Street, SUite 125,    Newport Beach, CA 92660-2996
13739103*       Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                   TOTALS: 0, * 6, ## 0

```
District/off: 0313-2          User: Randi              Page 2 of 2             Date Rcvd: Oct 19, 2017
                              Form ID: 152             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    WVUE 2015-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW   GROSS    on behalf of Creditor    WVUE 2015-1 matt@dwaldmanlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Hyundai Motor Finance, Administrator For Hyundai
               Lease Titling Trust ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Joint Debtor Raishell L. Baxter Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Debtor Christopher Alexander Baxter Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher Alexander Baxter and
Raishell L. Baxter

    Debtor(s)                                                Case No: 16−13155−amc

                                                          Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Ashely M. Chan

, United States Bankruptcy Court 12/19/17 at 10:00 AM , in Courtroom #5, 900 Market Street,
Philadelphia, PA 19107


                                                      For The Court

                                                      Timothy B. McGrath
                                                      Clerk of Court