**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    CHRISTOPHER BAXTER    :    CHAPTER 13
           RAISHALL BAXTER        :
                                    :
           DEBTORS            :    BANKRUPTCY No. 16-13155

**CERTIFICATION OF SERVICE**

I hereby certify that true and correct copies of the foregoing Amended Chapter 13 Plan has been served upon the Trustee and all interested parties on December 22, 2017 by regular first class mail or electronic mail.

                                                    BY:  /s/ Zachary Perlick
                                                         Zachary Perlick, Esquire
                                                         42 S. 15th Street, Suite 1113
                                                         Philadelphia, PA  19102
                                                         (215) 569-2922