United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-13155-amc
Christopher Alexander Baxter                                          Chapter 13
Raishell L. Baxter
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi            Page 1 of 2         Date Rcvd: Mar 22, 2018
                            Form ID: pdf900        Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db              Christopher Alexander Baxter,    6345 Overbrook Avenue,    Philadelphia, PA  19151-2627
jdb             #Raishell L. Baxter,    6345 Overbrook Avenue,    Philadelphia, PA  19151-2627
cr              +Ditech Financial LLC,    14841 Dallas Parkway Ste 300,    Dallas, TX 75254-7883
cr              +Hyundai Motor Finance, Administrator For Hyundai L,    P.O. Box 20829,
                  Fountain Valley, CA 92728-0829
cr              Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o shellpoint Mortgage Servicing,
                  PO Box 10826,    Greenville, SC  29603-0826
13730836        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13729408        +Ditech Fin. LLC,    c/o Joshua I. Goldman, Esq.,    KML Law Group P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13845200        +Ditech Financial LLC,    c/o Thomas Puleo, Esq.,    KML Law Group P.C.,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13722873        Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13985415        ECMC,    po box 16408,    St. Paul, MN 55116-0408
13797965        +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
13971443        +Hyundai Motor Finance,    c/o William E. Craig, Esq.,    Morton & Craig LLC,
                  110 Marter Ave., Ste. 301,    Moorestown, NJ 08057-3125
13722874        +Kia Motors Finance,    PO Box 650805,    Dallas, TX 75265-0805
13722875        +Longvue Mortgage Capital,    895 Dove Street, SUite 125,    Newport Beach, CA 92660-2996
14027539        NNPL Trust Series 2012-1,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville, SC  29603-0826
13823111        +PHEAA,    Po Box 8147,    Harrisburg PA 17105-8147
13742710        +University of Pennsylvania,    c/o J. Scott Watson, Esq.,    24 Regency Plaza,
                  Glen Mills, PA 19342-1001
13726416        +WVUE 2015-1,    c/o Andrew F. Gornall, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                  Phila., PA 19106-1541
13762309        WVUE 2015-1,    c/o FCI Lender Services, Inc.,    PO Box 27370,    Anaheim, CA 92809-0112
13802707        +WVUE 2015-I,    c/o S. Matthew Gross, Esq.,    Dwaldmanlaw, PC,    4900 Carlisle Pike, #182,
                  Mechanicsburg, PA 17050-7709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:12      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:47
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 01:40:59      Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13780805        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 23 2018 01:41:00
                  Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                  Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
13814757        E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:12      City of Philadelphia,
                  Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13722872        E-mail/Text: bankruptcy@phila.gov Mar 23 2018 01:35:12      City of Philadelphia,
                  Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13798555        E-mail/Text: bankruptcy.bnc@ditech.com Mar 23 2018 01:34:37
                  Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                  Rapid City, South Dakota 57709-6154
13748684        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 23 2018 01:34:53      MIDLAND FUNDING LLC,
                  PO BOX 2011,    WARREN, MI 48090-2011
13797994        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 01:41:10
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13726690        E-mail/PDF: rmscedi@recoverycorp.com Mar 23 2018 01:41:21
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
13796118        +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 23 2018 01:34:54
                  WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
13722876        E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 23 2018 01:34:54
                  Westlake Financial Services,    PO Box 76809,    Los Angeles, CA 90076-0809
                                                                                                TOTAL: 13

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Mar 22, 2018
                               Form ID: pdf900             Total Noticed: 33

cr*            +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN 55116-0408
13739098*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,     MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,     PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
                1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13739099*     ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,     MUNICIPAL SERVICES BUILDING,
                1401 JOHN F KENNEDY BLVD 5TH FLOOR,     PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,     Law Department, Enforecment Div.,
                1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508)
13739100*       Ditech Financial, LLC,    PO Box 6172,    Bovey, MN 55709
13739101*      +Kia Motors Finance,    PO Box 650805,    Dallas, TX 75265-0805
13739102*      +Longvue Mortgage Capital,     895 Dove Street, SUite 125,    Newport Beach, CA 92660-2996
13739103*       Westlake Financial Services,     PO Box 76809,   Los Angeles, CA 90076-0809
                                                                                      TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                                  Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   WVUE 2015-1 bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTHEW   GROSS    on behalf of Creditor   WVUE 2015-1 matt@dwaldmanlaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Hyundai Motor Finance, Administrator For Hyundai
               Lease Titling Trust ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              ZACHARY   PERLICK    on behalf of Joint Debtor Raishell L. Baxter Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Debtor Christopher Alexander Baxter Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | Christopher & Raishell Baxter | : | Chapter 13 |
| | | : | |
| | | : | |
| | Debtor | : | Bankruptcy No. 16-13155AMC |

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Zachary Perlick, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on March 20, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on April 24, 2018, at 11:00 a.m.in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __April 5, 2018__.

**Date: March 22, 2018**

Honorable Ashely M. Chan
United States Bankruptcy Judge

cc: Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

Christopher & Raishall Baxter
6345 Overbrook Ave.
Philadelphia, PA 19151

William C. Miller, Esquire
1234 Market Street
Suite 1813
Philadelphia, PA 19107