**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: CHRISTOPHER & RAISHALL BAXTER  : CHAPTER 13
:
:
DEBTORS  : BANKRUPTCY NO. 16-13155AMC

CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the Order Dismissing Chapter 13 Case and Notice of Hearing date to consider Counsel's Application for Compensation and Reimbursement of Expense has been served upon the Debtor, Trustee, all interested parties and all creditors on March 26, 2018 by regular first class mail or electronic mail.

BY:  /Zachary Perlick/
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA  19107
(215) 569-2922